125071

.02/2005-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA
v.

**Bobby Seals**

**07-263-M-01**

CASE NUMBER : 1:01CR153

**FILED**

JUN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Bobby Seals** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice __Probation Violation Petition
_X_ Supervised Release Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

**Richard Banke**
Name of Issuing Officer

Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**4/26/2007**
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $_____ by_____

| Date Received 6/5/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 6/4/07 | Dosmu Anthony Campos | |

Prob 12
(Mod. For E VA 01/05)

**UNITED STATES DISTRICT COURT**

for

<u>**EASTERN DISTRICT OF VIRGINIA**</u>

RECEIVED
APR 26 2007
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

U.S.A. vs. <u>Bobby Seals</u>　　　　　　　Docket No. 1:01CR00153-001

Petition on Supervised Release

　　COMES NOW Richard Cipolla, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Bobby Seals</u>, who was placed on supervision by the Honorable <u>Claude M. Hilton</u> sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>12th</u> day of <u>October, 2001</u>, who fixed the period of supervision at <u>3 years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

2. The defendant shall pay a $100 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No Bond

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 26th day of April, 2007 and ordered filed and made a part of the records in the above case. | Executed on April 19, 2007 |
| _____<br>United States District Judge | _____<br>Richard Cipolla<br>Senior U.S. Probation Officer |
|  | Place <u>Manassas, Virginia</u> |

Petition on Supervised Release
Page 2
RE: SEALS, Bobby

OFFENSE: Possession with Intent to Distribute Heroin.

SENTENCE: 24 months in the custody of the U.S. Bureau of Prisons.

ADJUSTMENT TO SUPERVISION: Mr. Bobby Seals was released from the U.S. Bureau of Prisons on November 9, 2005, to the District of Columbia, with instructions to report for supervised release within 72 hours.

On January 18, 2006, U.S. Probation Officer Chandra Green with the District of Columbia presented a memorandum to the Honorable Gladys Kessler, United States District Judge for the District of Columbia, requesting a warrant be issued for Mr. Seals, based on his failure to report to the Probation Office within 72 hours of his release. On January 31, 2006, a Petition on Supervised Release was filed with this Court alleging the identical violation behavior. On February 1, 2006, a warrant was issued based on the alleged violation.

On April 18, 2006, Mr. Seals was arrested in the District of Columbia and detained on the warrant out of the United States District Court for the District of Columbia. The warrant issued by this Court was lodged as a detainer with the District of Columbia Jail.

On April 25, 2006, Mr. Seals was again before the Honorable Gladys Kessler, United States District Judge for the District of Columbia, for violating his conditions of supervised release. The Court ordered the conditions be modified as follows: 1) The defendant shall enter, participate in, and successfully complete a residential treatment program, as directed by the probation office; and 2) The defendant shall remain in the custody of the D.C. Jail to be released only to the Probation Office for transport to a residential treatment facility. Due to the detainer lodged against Mr. Seals on this charge, he was ineligible for release to a residential facility directly from the D.C. Jail.

On May 17, 2006, the Bench Warrant issued by Your Honor was withdrawn, and the violation held in abeyance to allow Mr. Seals the opportunity to enter and successfully complete residential drug treatment.

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION:         FAILURE TO SATISFACTORILY PARTICIPATE IN A DRUG AND
                           ALCOHOL TREATMENT PROGRAM.

Mr. Seals failed to satisfactorily complete the Salvation Army Harbor Light Center for the full 90 days. Mr. Seals entered the program on May 22, 2006, and was to be discharged after completion of 90 days. On August 4, 2006, a search of Mr. Seals' dormitory room revealed a cellular phone which he was

Petition on Supervised Release
Page 3
RE: SEALS, Bobby

prohibited from possessing. He admitted ownership of the device and was unsuccessfully discharged from the facility.

While at the treatment facility, Mr. Seals actively participated in treatment working towards recognizing his substance abuse triggers and developing relapse prevention skills. He participated in the program for a total of 71 days, without incident. He has since been referred to outpatient treatment at the Renaissance Center by U.S. Probation Officer Andre M. Wilson with the District of Columbia.

Mr. Seals was referred to the Renaissance Treatment Center on September 21, 2006. He was required to participate in group counseling two-hours per week and comply with random urinalysis testing.

Mr. Seals tested positive for morphine, opiates, and/or codeine on October 4, 10, 25, and 30, 2006; November 6, 2006; and January 29, 2007. All the results were attributed to a narcotic medication he was prescribed for tooth and back pain. Mr. Seals was cautioned about taking narcotic medications and the dangers associated with relapse. He admitted the medications relaxed him and have similar effects as illegal drugs. Mr. Seals agreed to inform his doctors of his addiction and refrain from future use of the medications after the prescriptions ran out on January 31, 2007. Subsequently, on February 21, 2007, Mr. Seals tested positive for morphine. He was unsuccessfully discharged from the program on March 30, 2007.

CONDITION 7:			USE OF MORPHINE.

On February 21, 2007, Mr. Seals tested positive for morphine. In addition, Mr. Seals failed to comply with random urinalysis on February 8, 2007, February 27, 2007, March 10, 14, 19, and 28, 2007.


RC/iyh

Petition on Supervised Release
Page 4
RE: SEALS, Bobby


Name: Bobby Seals
Case Number:1:01CR00153-001

CONFIDENTIAL
Offender's Personal Information

DOB:                                    FBI NO.:    945667LA8
SSN:                                    REG. NO.:   44913-083
SEX:        Male                        RACE:       Black/Non-Hispanic
ADDRESS:

PHONE:      Unknown