**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 6/11/07

JUN 1 2

*Nancy Mayer-Whittington*
**Clerk of the Court**

Address of Other Court: United States District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314

RE: 07-263M Bobby Seals

**FILED**

**JUN 1 8 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet                                      Warrant of Removal

- X   Warrant/Pet on Super Release                      Order of Removal

-     Minute Order Appointing Counsel      X   Detention Order

-     Corporate Surety Bond                X   Waiver of Removal

-     Personal Surety Bond

- X   Other- Blotter dated 6/5/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk